UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action  M-18-171 |
| | § | (CDCS: 2017A64333) |
| Sarahi Santos, | § | |
| | § | |
| Defendant. | § | |

# Complaint

1. *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST., art III, § 2, and 28 U.S.C. § 1345.

2. *Venue.* The defendant resides in Hidalgo County, Texas, and may be served with process at 2928 Hibiscus St., Roma, Texas 78584.

3. *The Debt.* The debt owed to the United States arose through hospital expenses at Brook Army Medical Center, Ft. Sam Houston, Texas. See Exhibit A. The debt on the date of the Certificate of Indebtedness, Exhibit B, was:

| | | | |
|---|---|---|---|
| A. | Current principal | $ | 13,857.93 |
| B. | Interest (capitalized and accrued through 11/03/16) | $ | 244.51 |
| C. | Administrative fees, costs, penalties (Including $400.00 Filing fee) | $ | 7,183.97 |
| D. | Balance due | $ | 21,286.41 |
| E. | Prejudgment interest accrues at 1.00% per annum being $0.38 per day. | | |
| F. | The current principal in paragraph 3 A is after credits of $0.00. | | |

4. *Default*. The United States has demanded that the defendant pay the indebtedness, and the defendant has failed to pay it.

5. *Prayer*. The United States prays for judgment for:

    A.    The sums in paragraph 3, pre-judgment interest, administrative costs, and post-judgment interest; and,

    B.    Other relief the court deems proper.

Respectfully submitted,

CERSONSKY, ROSEN & GARCÍA, P.C.

By: _____
M. H. Cersonsky, FBN: 04048500
1770 St. James Place, Suite 150
Houston, Texas 77056
Telephone: (713) 600-8500
Fax: (713) 600-8585

Attorneys for Plaintiff

```
BROOKE AMC FT SAM HOUSTON TX                    23 Jun 2017 0637      Page: 1
          Personal Data - Privacy Act of 1974 (PL 93-579)

BAMC MCHE COU-T DEPT 201
3551 ROGER BROOKE DRIVE                 DEPARTMENT OF THE ARMY
FT SAM HOUSTON TX 78234-6200            HOSPITAL INVOICE AND RECEIPT
-------------------------------------------------------------------------------
SPONSOR NAME:    SANTOS,SARAHI                   SERVICE: BRANCH OF SV
DUTY ADDRESS:                                    GRADE:




BILLING NAME:    SANTOS,SARAHI                   FMP/SSN: 98/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
BILL ADDRESS:    2928 HIBISCUS ST
                 ROMA TX   78584


PATIENT NAME:    SANTOS,SARAHI                   ACCOUNT NO: 5224286
ADM: 23 May 2013@0233    DISCH: 29 May 2013@1508 TOTAL CHARGES: $13857.93

-------------------------------- CHARGES --------------------------------------

INPATIENT CHARGES:
  BEG DATE       END DATE       CHG DAYS      NCHG DAYS     RATE       CHARGE

23 May 2013    29 May 2013         6              0       2309.66     13857.93

----------------------------- INVOICES & RECEIPTS -----------------------------

  DATE         PAYMENT     TYPE PAY     CHECK NO.       CTRL NO.      BALANCE

01 Jun 2013     0.00                                    13-43593     13857.93
23 Jun 2017     0.00                                    17-37402         0.00*

* Recalculated charges

-------------------------------------------------------------------------------




                         *** CONTINUED NEXT PAGE ***
```



```
BROOKE AMC FT SAM HOUSTON TX                    23 Jun 2017 0637     Page: 2
             Personal Data - Privacy Act of 1974 (PL 93-579)

PATIENT NAME:      SANTOS,SARAHI                    ACCOUNT NO: 5224286
ADM: 23 May 2013@0233    DISCH: 29 May 2013@1508  TOTAL CHARGES: $13857.93
------------------------------------------------------------------------------
```

AF FORM 1127/DA FORM 3154/NAVMED FORM 7270/1 (CG-CHCS/SAIC)



**U.S. DEPARTMENT OF THE TREASURY**
**BUREAU OF THE FISCAL SERVICE**
**WASHINGTON, D.C. 20227**

ACTING ON BEHALF OF
Department of Defense, U.S. Army Medical Command,
Brooke Army Medical Center (BAMC)
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Sarahi Santos
2928 Hibiscus St
Roma, TX 78584

The debtor named above is indebted to the United States in the amount stated as follows:

| | |
|---:|---|
| Principal: | $ 13,857.93 |
| Interest through 11/03/16: | $ 244.51 |
| Admin fees: | $ 15.00 |
| Penalty Charges: | $ 1,467.04 |
| DMS fees: | $ 4,675.34 |
| DOJ fees: | $ 626.59 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 11/03/16:   $ 20,886.41**

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the Department of Defense, U.S. Army Medical Command, Brooke Army Medical Center (BAMC).

Date: 11/03/2016

*Ashleigh Edmonds*

Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of Fiscal Service

